**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| AMS-OSRAM INTERNATIONAL GMBH,<br><br>Plaintiff,<br><br>vs.<br><br>NATURE FRESH FARMS USA INC.,<br><br>Defendant. | Civil Action No. _____<br><br><br>COMPLAINT FOR PATENT INFRINGEMENT, PERMANENT INJUNCTION, AND DAMAGES<br><br><br>JURY TRIAL DEMANDED |

For its complaint against defendant Nature Fresh Farms USA Inc. ("Nature Fresh") for patent infringement, plaintiff ams-OSRAM International GmbH ("ams OSRAM"), by and through its undersigned counsel states:

**THE PARTIES**

1. Plaintiff ams OSRAM is a subsidiary of ams-OSRAM AG. The ams OSRAM group is a global leading provider of lighting and sensor technology solutions.

2. ams OSRAM is the owner of all rights and interest in U.S. Patent No. 7,435,999 ("the '999 patent"), U.S. Patent No. 9,859,463 ("the '463 patent"), U.S. Patent No. 9,917,229 ("the '229 patent"), U.S. Patent No. 10,026,871 ("the '871 patent"), U.S. Patent No. 10,164,143 ("the '143 patent"), U.S. Patent No. 11,437,540 ("the '540 patent"), and U.S. Patent No. 11,949,052 ("the '052 patent").

3. Defendant Nature Fresh is an entity having a place of business at 7445 State Highway 109, Delta, OH 43515. Nature Fresh transacts business within this judicial district on a systemic and continuous basis, and is subject to personal jurisdiction in this judicial district.

## JURISDICTION AND VENUE

4. This is a civil action arising under the patent laws of the United States, *e.g.*, 35 U.S.C. §§ 271, 281, 283, 284, and 285. This court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Venue is proper under 28 U.S.C. §§ 1391 and 1400(b), because the defendant resides in this judicial district and because the defendant both has a regular and established place of business and has committed acts of infringement in this judicial district.

## FIRST CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 7,435,999

6. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–5 of this Complaint as though fully set forth herein.

7. On October 14, 2008, United States Letters Patent No. 7,435,999, entitled "SEMICONDUCTOR CHIP FOR OPTOELECTRONICS AND METHOD FOR THE PRODUCTION THEREOF," was duly and legally issued for inventions comprising systems and methods for light emission. Plaintiff ams OSRAM is the owner of assignment of the entire right, title, and interest in and to the '999 patent.

8. Defendant has been and still is directly infringing the '999 patent, for example, by using the Agrolux WEGA PLUS 760W LED product, as described in the claim chart attached as Exhibit 1.

9. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

10. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

11. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '999 patent, ams OSRAM will be greatly and irreparably harmed.

## SECOND CLAIM FOR RELIEF

### INFRINGEMENT OF U.S. PATENT NO. 9,859,463

12. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–11 of this Complaint as though fully set forth herein.

13. On January 2, 2018, United States Letters Patent No. 9,859,463, entitled "OPTOELECTRONIC SEMICONDUCTOR DEVICE," was duly and legally issued for inventions comprising systems and methods for light emission. Plaintiff ams OSRAM is the owner of assignment of the entire right, title, and interest in and to the '463 patent.

14. Defendant has been and still is directly infringing the '463 patent, for example, by using the Agrolux WEGA PLUS 760W LED product, as described in the claim chart attached as Exhibit 2.

15. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

16. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

17. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '463 patent, ams OSRAM will be greatly and irreparably harmed.

## THIRD CLAIM FOR RELIEF

### INFRINGEMENT OF U.S. PATENT NO. 9,917,229

18. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–17 of this Complaint as though fully set forth herein.

19. On March 13, 2018, United States Letters Patent No. 9,917,229, entitled "ELECTRICAL CONTACT STRUCTURE FOR A SEMICONDUCTOR COMPONENT, AND SEMICONDUCTOR COMPONENT," was duly and legally issued for inventions comprising systems and methods for light emission. Plaintiff ams OSRAM is the owner of assignment of the entire right, title, and interest in and to the '229 patent.

20. Defendant has been and still is directly infringing the '229 patent, for example, by using the Agrolux WEGA PLUS 760W LED product, as described in the claim chart attached as Exhibit 3.

21. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

22. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

23. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '229 patent, ams OSRAM will be greatly and irreparably harmed.

## FOURTH CLAIM FOR RELIEF

### INFRINGEMENT OF U.S. PATENT NO. 10,026,871

24. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–23 of this Complaint as though fully set forth herein.

25. On July 17, 2018, United States Letters Patent No. 10,026,871, entitled "METHOD FOR PRODUCING AN OPTOELECTRONIC DEVICE WITH A CONTACT AREA OF ACCURATELY AND REPRODUCIBLY DEFINED SIZE," was duly and legally issued for inventions comprising systems and methods for light emission. Plaintiff ams OSRAM is the owner of assignment of the entire right, title, and interest in and to the '871 patent.

26. Defendant has been and still is directly infringing the '871 patent, for example, by using the Agrolux WEGA PLUS 760W LED product, as described in the claim chart attached as Exhibit 4.

27. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

28. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

29. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '871 patent, ams OSRAM will be greatly and irreparably harmed.

## FIFTH CLAIM FOR RELIEF

### INFRINGEMENT OF U.S. PATENT NO. 10,164,143

30. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–29 of this Complaint as though fully set forth herein.

31. On December 25, 2018, United States Letters Patent No. 10,164,143, entitled "OPTOELECTRONIC SEMICONDUCTOR CHIP AND METHOD FOR PRODUCING OPTOELECTRONIC SEMICONDUCTOR CHIPS," was duly and legally issued for inventions comprising systems and methods for light emission. Plaintiff ams OSRAM is the owner of assignment of the entire right, title, and interest in and to the '143 patent.

32. Defendant has been and still is directly infringing the '143 patent, for example, by using the Agrolux WEGA PLUS 760W LED product, as described in the claim chart attached as Exhibit 5.

33. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

34. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

35. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '143 patent, ams OSRAM will be greatly and irreparably harmed.

## SIXTH CLAIM FOR RELIEF

### INFRINGEMENT OF U.S. PATENT NO. 11,437,540

36. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–35 of this Complaint as though fully set forth herein.

37. On September 6, 2022, United States Letters Patent No. 11,437,540, entitled "COMPONENT HAVING METAL CARRIER LAYER AND LAYER THAT COMPENSATES FOR INTERNAL MECHANICAL STRAINS," was duly and legally issued for inventions comprising systems and methods for light emission. Plaintiff ams OSRAM is the owner of assignment of the entire right, title, and interest in and to the '540 patent.

38. Defendant has been and still is directly infringing the '540 patent, for example, by using the Agrolux WEGA PLUS 760W LED product, as described in the claim chart attached as Exhibit 6.

39. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

40. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

41. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '540 patent, ams OSRAM will be greatly and irreparably harmed.

## SEVENTH CLAIM FOR RELIEF

### INFRINGEMENT OF U.S. PATENT NO. 11,949,052

42. Plaintiff incorporates herein by reference the allegations set forth in paragraphs 1–41 of this Complaint as though fully set forth herein.

43. On April 2, 2024, United States Letters Patent No. 11,949,052, entitled "OPTOELECTRONIC SEMICONDUCTOR COMPONENT AND METHOD OF PRODUCING AN OPTOELECTRONIC SEMICONDUCTOR COMPONENT," was duly and legally issued for inventions comprising systems and methods for light emission. Plaintiff ams OSRAM is the owner of assignment of the entire right, title, and interest in and to the '052 patent.

44. Defendant has been and still is directly infringing the '052 patent, for example, by using the Agrolux WEGA PLUS 760W LED product, as described in the claim chart attached as Exhibit 7.

45. Defendant will continue to make, use, offer for sale, sell, and import the infringing products unless enjoined by this Court.

46. As a result of Defendant's infringement, ams OSRAM has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Defendant's infringing activities are enjoined by this Court.

47. Unless a permanent injunction is issued enjoining Defendant and its agents, servants, employees, attorneys, representatives, and all others acting on their behalf from infringing the '052 patent, ams OSRAM will be greatly and irreparably harmed.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff ams OSRAM prays for judgment against Defendant Nature Fresh as follows:

1) A judgment that Nature Fresh has infringed the '999, '463, '229, '871, '143, '540 and '052 patents;

2) Damages sustained as a result of Nature Fresh's infringement, in an amount to be determined but not less than a reasonable royalty;

3) An assessment of pre- and post-judgment interest on the damages so computed;

4) A permanent injunction against future infringement by Nature Fresh and all other persons or entities acting or attempting to act in active concert or participation with it or acting on its behalf; and

5) Such other and further relief as the Court may deem just and proper under the circumstances.

## JURY TRIAL DEMAND

Plaintiff ams OSRAM requests a jury to hear and decide all issues and claims so triable.

Dated: April 28, 2025            Respectfully Submitted,

By: */s/ Kyle R. Gerlach*
    Kyle R. Gerlach (Ohio Bar # 93433)
    TROUTMAN PEPPER LOCKE LLP
    7456 Jager Court, Suite 7456-B
    Cincinnati, OH 45230
    (513) 875-6304 (direct)
    kyle.gerlach@troutman.com

    Mark Hannemann (PHV to be sought)
    TROUTMAN PEPPER LOCKE LLP
    875 Third Avenue
    New York, NY 10022
    (212) 704-6000
    mark.hannemann@troutman.com

    *Attorneys for Plaintiff,*
    *ams-OSRAM International GmbH*