AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF OHIO

| AMS-OSRAM INTERNATIONAL GMBH | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:25-CV-00846-JRK |
| NATURE FRESH FARMS USA, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NATURE FRESH FARMS USA, INC.

Date: 07/07/2025

/s Paul J. Linden
*Attorney's signature*

Paul J. Linden (0083699)
*Printed name and bar number*
FROST BROWN TODD LLP
301 East Fourth Street, Suite 3300
Cincinnati, OH  45202

*Address*

plinden@fbtlaw.com
*E-mail address*

(513) 651-6800
*Telephone number*

*FAX number*